IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-539-FL

| DAVID J. ADINOLFI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| NORTH CAROLINA DEPARTMENT OF JUSTICE an agency of the State of North Carolina; and JOSH STEIN in his official capacity as Attorney General of the State of North Carolina | ) | |
| Defendants. | ) | |

This matter is before the court upon defendants' motion to dismiss (DE 20) and plaintiff's motion for leave to file second amended complaint (DE 35). For good cause shown, where plaintiff's motion is not opposed, plaintiff's motion is GRANTED. Plaintiff is DIRECTED to file his second amended complaint within **5 days** of the date of this order.

Where an amended complaint supersedes the original and renders it of no legal effect, defendants' motion to dismiss accordingly is DENIED AS MOOT. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001).

SO ORDERED, this the 8th day of July, 2019.

LOUISE W. FLANAGAN
United States District Judge