UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID J. ADINOLFI, II )<br>         Plaintiff, )<br> )<br>v. )<br> )<br>NORTH CAROLINA DEPARTMENT OF )<br>JUSTICE, *an agency of the State of North* )<br>*Carolina,* and JOSH STEIN, *in his official* )<br>*capacity as Attorney General of the State* )<br>*of North Carolina* )<br>         Defendants. ) | **JUDGMENT**<br>No. 5:18-CV-539-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2022, and for the reasons set forth more specifically therein, where defendant Josh Stein was previously dismissed by order entered on March 24, 2020, it is further ordered that defendant, North Carolina Department of Justice's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on February 25, 2022, and Copies To:**
Joseph Zeszotarski, Jr. (via CM/ECF Notice of Electronic Filing)
Matthew Tulchin / Tamika L. Henderson (via CM/ECF Notice of Electronic Filing)

February 25, 2022         PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk